

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-14-00874-CV

Style:      In the Interest of R.R.H., M.D.J., and M.K., Children

Date motion filed[*]:    April 22, 2015

Type of motion:    Unopposed Motion to Amend Appellant's Brief

Party filing motion:    Appellant

Document to be filed:    Appellant's amended brief

Is appeal accelerated?    Yes

If motion to extend time:
    Original due date:
    Number of prior extensions:    Current Due date:
    Date Requested:

Ordered that motion is:

☑    Granted

    If document is to be filed, document due:  May 1, 2015

    ☑    The Court will not grant additional motions to extend time

☐    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

**The motion is granted.  Appellant's amended brief is ordered filed by no later than 5:00 p.m. on May 1, 2015.  No extensions will be granted.**

Judge's signature: /s/ Chief Justice Sherry Radack
        ☒ Acting individually    ☐ Acting for the Court
Panel consists of _____
Date:  April 27, 2015

November 7, 2008 Revision